UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-cr-266 (TNM) |
| | : | |
| v. | : | |
| | : | |
| RUBY CORADO | : | |
| (a/k/a "Ruby Jade Corado" and | : | |
| "Vladimir Orlando Artiga Corado") | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### Summary of Plea Agreement

Defendant RUBY CORADO agrees to admit guilt and enter a plea of guilty to the Information, which charges CORADO with Wire Fraud.

### I. Elements of the Offense

The elements of Wire Fraud (18 U.S.C. § 1343), as charged in the Information, are that: (1) the Defendant knowingly devised a scheme to obtain money by false pretenses; (2) the false pretenses were about a material fact; (3) the Defendant acted with intent to defraud; and (4) the Defendant caused a wire transmission to be transmitted.

### II. Statement of Facts

The United States of America and RUBY CORADO agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. Defendant RUBY CORADO (a/k/a "Ruby Jade Corado" and "Vladimir Orlando Artiga Corado") was born in El Salvador and is a lawful permanent resident of the United States.

2. Casa Ruby, Inc. ("Casa Ruby") was a non-profit, charitable organization registered

in the District of Columbia that provided housing, treatment, and other social services for the LGBTQ+ community. Casa Ruby effectively ceased operations in approximately July 2022.

3. CORADO was the founder and director of Casa Ruby. Casa Ruby had multiple bank accounts with Manufacturers & Traders Trust Company ("M&T") Bank. CORADO opened one of those accounts (x4601) at a branch of M&T Bank in Washington, D.C., on or around May 17, 2019.

4. On or around February 13, 2019, CORADO registered TIGloballogistics, LLC ("TIGlobal"), as a limited liability company in the District of Columbia. TIGlobal provided consulting services separate from Casa Ruby. CORADO was the only beneficial owner of TIGlobal. In February 2019, CORADO opened a bank account (x0394) in the name of TIGlobal at M&T Bank. CORADO was the only signatory on TIGlobal's account x0394. In January 2021, CORADO opened a second bank account (x9064) in the name of TIGlobal at M&T Bank. CORADO was the only signatory on TIGlobal's account x9064.

5. On or around July 19, 2020, and August 4, 2021, CORADO submitted false and fraudulent loan agreements to the Small Business Administration's ("SBA") to obtain a $500,000 loan on behalf of Casa Ruby from the Economic Injury Disaster Loan ("EIDL") program. In those loan agreements, CORADO falsely and fraudulently promised, certified, and attested to the SBA that: (a) the EIDL funds would only be used as "working capital to alleviate economic injury" from the COVID-19 health crises, (b) CORADO would not use any portion of the EIDL funds to relocate outside of the United States without the SBA's consent, and (c) CORADO would not distribute or transfer any of Casa Ruby's assets "to any owner or partner or any of its employees, or to any company directly or indirectly controlling or affiliated with or controlled by Borrower,

2

or any other company" without the SBA's consent.

6. Based on the false and fraudulent representations by CORADO about how Casa Ruby would use the EIDL funds, the SBA funded CORADO's loan in the amount of $500,000 by transferring $150,000 on or about July 20, 2020, and $350,000 on or about August 10, 2021, to Casa Ruby's M&T account x4601.

7. Despite promising, certifying, and attesting otherwise, CORADO transferred the proceeds of Casa Ruby's EIDL loan to bank accounts that CORADO controlled for CORADO's personal benefit, including the following:

   a. On August 10, 2021, the same day that Casa Ruby received $350,000 in EIDL funds from the U.S. Treasury, CORADO went to an M&T Bank branch in the District of Columbia and deposited two checks—numbers 10626 and 10418—each drawn against Casa Ruby's account x4601 and payable to "TIGloballogistics" in the amount of $50,000 into another bank account (x0394) that CORADO controlled at M&T Bank in the name of TIGlobal. CORADO signed the front of both checks as the payor and endorsed the back of the checks as the payee.

   b. On August 13, 2021, CORADO transferred $50,000 from TIGlobal account x0394 to an account in her birth name at Banco Cuscatlan El Salvador.

   c. On August 18, 2021, CORADO transferred $30,000 from TIGlobal account x0394 into an account in her birth name at Banco Promerica in El Salvador.

8. On or around February 17, 2021, CORADO submitted a false and fraudulent application to M&T Bank for a $456,215 loan on behalf of Casa Ruby from the SBA's Paycheck Protection Program ("PPP"). In that application, CORADO falsely and fraudulently promised,

3

certified, and attested that the funds would only be used for Casa Ruby's "payroll costs," "rent/mortgage interest," and "utilities." CORADO signed and submitted the PPP loan application in Washington, D.C., and the application was transmitted over interstate wires to M&T Bank via DocuSign.

9. On or around April 1, 2021, CORADO signed a loan agreement on behalf of Casa Ruby with M&T Bank for PPP Loan No. x8607. In the agreement, CORADO further falsely and fraudulently promised, certified, and attested that "[t]he loan proceeds shall be used only for a business purpose and pursuant to, and in accordance with, the PPP rules."

10. Based on the false and fraudulent representations by CORADO, M&T Bank approved CORADO's PPP Loan No. x8607. M&T Bank, a FDIC-insured financial institution, funded CORADO's loan in the amount of $456,215 by transferring that amount to Casa Ruby's M&T bank account x4601.

11. Despite promising, certifying, and attesting otherwise, CORADO transferred the proceeds of PPP Loan No. x8607 to bank accounts that CORADO controlled for CORADO's personal benefit, including the following:

   a. On or around April 6, 2021—three days after receiving the proceeds of PPP Loan No. x8607—CORADO transferred $100,000 of those PPP loan funds from Casa Ruby's M&T account x4601 to a separate account that CORADO controlled at M&T Bank (x9064) in the name of TIGlobal.

   b. On or around April 15, 2021, CORADO transferred the $100,000 in PPP loan funds from the TIGlobal account at M&T Bank (x9064) to a personal offshore bank account that CORADO controlled in El Slavador, specifically account x5623 at

Banco Cuscatlan de El Salvador S.A. in CORADO's birth name, Vladimir Orlando Artiga CORADO.

12. On or around September 16, 2021, CORADO submitted an application to M&T Bank for loan forgiveness for the full amount of PPP Loan No. x8607. CORADO signed and submitted the PPP loan forgiveness application in Washington, D.C., and the application was transmitted over interstate wires to M&T Bank via DocuSign.

13. In the application for forgiveness, CORADO certified as follows on behalf of Casa Ruby:

> The dollar amount for which forgiveness is requested …was used to pay business costs that are eligible for forgiveness (payroll costs to retain employees; business mortgage interest payments; business rent or lease payments; business utility payments; covered operations expenditures; covered property damage costs; covered supplier costs; or covered worker protection expenditures)[.]
>
> …
>
> I understand that if the funds were knowingly used for unauthorized purposes, the federal government may pursue recovery of loan amounts and/or civil or criminal fraud charges.

At the time that CORADO signed this certification to M&T Bank, CORADO knew that it was false and fraudulent. CORADO had already transferred $100,000 of PPP loan funds to other accounts where they were not used as required by the PPP loan agreement.

14. Based on the false and fraudulent representations by CORADO in the forgiveness application for PPP Loan No. x8607, M&T Bank forgave the $456,215 loan CORADO had claimed to have taken on behalf of Casa Ruby, but instead had used for her own personal gain.

15. CORADO admits that the proceeds she personally obtained as a result of her criminal activity described above have been dissipated by her and cannot be located upon the

5

exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: _____
JOHN W. BORCHERT (Bar No. 472824)
MADHU CHUGH (Bar No. 992122)
Assistant United States Attorneys
Fraud, Public Corruption & Civil Rights Section
601 D Street, NW
Washington, D.C.   20530
JWB: (202) 252-7679; john.borchert@usdoj.gov
MC: (202) 815-8609; madhu.chugh@usdoj.gov

June 25, 2024

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding these offenses. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I have read every word of this Statement of the Offense. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 6/26/2024

RUBY CORADO
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of the Offense as true and accurate.

Date: 6/26/24

Diane Shrewsbury, Esq.
Elizabeth Mullin, Esq.
Counsel for Defendant Ruby Corado