# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 24-CR-00266** |
| v. | |
| **Ruby Corado** | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney, Madhu Chugh, as counsel for the United States, is terminating her appearance as counsel of record in this matter.

        Respectfully submitted,

        Edward R. Martin, Jr.
        United States Attorney
        D.C. Bar Number No. 481866

By: */s/ Madhu Chugh*
        Madhu Chugh
        Assistant United States Attorney
        D.C. Bar Number 992122
        Fraud, Public Corruption,
        and Civil Rights Section
        601 D Street, N.W.
        Washington, D.C. 20539
        Office: 202-815-8609
        Madhu.Chugh@usdoj.gov