## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 24-CR- 00266 (TNM)** |
| v. | |
| **RUBY CORADO,** | |
| **Defendant.** | |

### FINAL ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant in which the defendant agreed to plead guilty to an Information charging, Count One, Wire Fraud, in violation of Title 18, United States Code, Section 1343, and the defendant has pled guilty to that offense;

*WHEREAS*, the Information alleged the forfeiture of property, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Sections 2461(c), and Title 21, United States Code, Section 853(p);

*WHEREAS*, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant and in favor of the United States in an amount to be determined at sentencing;

*WHEREAS*, in her plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in an amount to be determined at sentencing;

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One to which the defendant has pleaded guilty is subject

to forfeiture;

***WHEREAS***, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence and information before it, including the defendant's plea agreement, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $956,215 is appropriate;

***WHEREAS***, the forfeiture of substitute property is authorized by Title 21, United States Code, Section 853(p);

***WHEREAS***, the United States is not aware of any person who reasonably appears to have an interest in the above-listed accounts and property;

***WHEREAS***, the proceeds that the defendant personally obtained have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing or property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:***

1. That the following property is declared forfeited to the United States: any property, real or person, which constitutes or is derived from proceeds traceable to the violation alleged in Count One, to which the defendant has pleaded guilty.

2. A forfeiture money judgment in the amount of $956,215 is entered against the defendant and in favor of the United States.

3. The Court finds that the proceeds that the defendant personally obtained as a result of the offense to which he has pleaded guilty have been dissipated by him and cannot be located

upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, and the defendant's consent, this Order of Forfeiture is no final as to the defendant, and shall be made part of the sentence and included in the judgment.

6. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

SO ORDERED this 13th day of January 2026.

THE HONORABLE TREVOR N. MCFADDEN
United States District Court for the District of Columbia