UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 24-CR- 00266 (TNM) |
| v. | : |
| RUBY CORADO, | : |
| Defendant. | : |

### ORDER OF RESTITUTION

It is hereby ORDERED that the defendant shall make restitution to the Small Business Administration in the amount of $956,215. Restitution payments shall be made to the Clerk of Court for the United States District Court, 333 Constitution Avenue, NW, Washington, D.C. 20001. It is further

ORDERED that the Clerk of Court shall direct restitution payments to the Small Business Administration, Denver Finance Center, 721 19th St, 3rd Floor, Room 301, Denver, Colorado 80202.

SO ORDERED this 13th day of January 2026.

THE HONORABLE TREVOR N. MCFADDEN
United States District Court for the District of Columbia