# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 24-cr-266
)
RUBY CORADO )

## NOTICE OF APPEAL

Name and address of appellant: Ruby Corado
Central Treatment Facility

Name and address of appellant's attorney: Pleasant Brodnax, III
1701 Pennsylvania Ave, NW, Suite 200
Washington, DC 20006

Offense: 18 USC 1343

Concise statement of judgment or order, giving date, and any sentence:

The district court imposed 33 months incarceration, 24 months supervised release, a restitution order of $956,215, and a forfeiture order of $956,215

Name and institution where now confined, if not on bail: Central Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| January 18, 2026 | RUBY CORADO |
|---|---|
| DATE | APPELLANT |
| | by   Pleasant S. Brodnax, III |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [X]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [X]
Has counsel ordered transcripts?   YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [X]   NO [ ]